**PUJOLS, P.**

v.

**GOOD SHEPHERD
REHABILITATION
NETWORK**

**3078 EDA 2015**

Superior Court of Pennsylvania.

08/16/2017

02519 December Term, 2013
(Philadelphia)

Affirmed

**COM.**

v.

**COPELAND, J.**

**172 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–51–CR–1007631–1999 (Philadelphia)

Affirmed

**COM.**

v.

**KELLY, N.**

**1411 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–51–CR–0002679–2014 (Philadelphia)

Affirmed

**COM.**

v.

**LLOYD, S.**

**2206 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–51–CR–0002896–2016
(Philadelphia)

Affirmed